| | |
|---|---|
| Frank M. Washko (SBN 252010) | Steven Ames Brown (SBN 83363) |
| BLACK & WASHKO LLP | ENTERTAINMENT LAW |
| 333 Main Street, Suite 2A | 69 Grand View Avenue |
| San Francisco, California 94105 | San Francisco, CA 94114-2741 |
| Telephone: 415-369-9423 | Telephone: 415-647-7700 |
| Facsimile: 415-520-6840 | Facsimile: 415-285-3048 |
| fwashko@bwlitigation.com | sabrown@EntertaimentLaw.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |
| EUROARTS MUSIC INTERNATIONAL GmbH | JAZZ CASUAL PRODUCTIONS, INC. |
| NAXOS OF AMERICA, INC. | |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAZZ CASUAL PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TOBY BYRON, EAST STINSON, INC. dba TOBY BYRON MULTIPRISES, INC., EUROARTS MUSIC INTERNATIONAL GmbH, NAXOS OF AMERICA, INC.<br><br>Defendants. | Case No.: 3:11-CV-00352<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Jazz Casual Productions, Inc. ("Plaintiff") and Defendants EuroArts Music International GmbH, and Naxos of America, Inc., (collectively, "Defendants"), pursuant to Civil Local Rules 6-1 and 6-2, respectfully request that the Court enter the following stipulation regarding the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint. The parties now AGREE AND STIPULATE that the time for Defendants to answer, move, or otherwise respond to the Complaint is

extended through and including April 28, 2011.

**1.     Reason for Extension of Time.**

At the request of Defendants, the parties have met and conferred and jointly agree to the requested extension for the convenience of the parties.

**2.     Prior Time Modifications.**

There have been no previous time modifications in this case.

**3.     Effect of Modification.**

The requested extension will have no effect on the rest of the schedule in this action.

Respectfully submitted,

Dated: April 12, 2011          BLACK & WASHKO LLP
                               Frank M. Washko


                               By:    Frank M. Washko /s/
                                      Frank M. Washko

                               Attorney for Defendants


Dated: April 12, 2011          ENTERTAINMENT LAW
                               Steven A. Brown


                               By:    Steven A. Brown /s/
                                      Steven A. Brown

                               Attorney for Plaintiff


Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Frank M. Washko hereby attests that concurrence in the filing of this document has been obtained.

-2-

STIPULATED EXTENSION OF TIME                                    CASE NO. 3:11-CV-00352
TO RESPOND TO THE COMPLAINT

1
2
3
4    **ORDER**

5    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6
7    DATED: __4/18/11_____          _____
                                          Honorable Jos[eph C. Spero]
8                                         United States [Magistrate Judge]

9
10
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

-3-

STIPULATED EXTENSION OF TIME                           CASE NO. 3:11-CV-00352
TO RESPOND TO THE COMPLAINT