LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
E-Mail: ltownsend@owe.com

Attorneys for Defendants
EURO ARTS MUSIC INTERNATIONAL GmbH and
NAXOS OF AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAZZ CASUAL PRODUCTIONS, INC., <br><br>Plaintiff,<br><br>vs.<br><br>TOBY BYRON, EAST STINSON, INC., dba TOBY BYRON MULTIPRISES, INC., EURO ARTS MUSIC INTERNATIONAL GmbH, NAXOS OF AMERICA, INC.,<br><br>Defendants. | Case No. CV11 0352 JCS<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON** |

Defendants Naxos of America, Inc. and Euro Arts Music International GmbH, by and through their attorneys, hereby substitute Lawrence G. Townsend, Esq. and the Law Firm of Lawrence G. Townsend whose address is 455 Market Street, Suite 1910, San Francisco, California 94105, in place and instead of the law firm of Black & Washko LLP as attorneys for said Defendants.

///

///

///

1

Substitution of Attorneys and Order Thereon;                USDC NDCal Case No.: CV11 0352 JCS

1  Defendants accept such substitution:

2  Naxos of America, Inc.                    Euro Arts Music International GmbH

3  By: _____                       By: _____

4  Title: Director Business                  Title: M.D.
        Legal Affairs

6  Consented:

8  Dated: 6/28/11                            BLACK & WASHKO LLP

10                                           By: _____
                                                 Frank M. Washko

11 Accepted:

13 Dated: 7/5/11                             LAW OFFICES OF LAWRENCE G. TOWNSEND

15                                           By: _____
                                                 Lawrence G. Townsend

18 IT IS SO ORDERED

20 Dated: 7/6/11

                                             [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

                                             United States ~~District Judge~~ Magistrate

24 S:\LGT-TENA\NAXOS\Substitution of Attorneys.wpd

2

Substitution of Attorneys and Order Thereon;          USDC NDCal Case No.: CV11 0352 JCS