1  LAWRENCE G. TOWNSEND  (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, Suite 1910
   San Francisco, California 94105
3  Telephone:  (415) 882-3288
   Facsimile:   (415) 882-3299
4  E-Mail:  ltownsend@owe.com

5  Attorneys for Defendants
   EURO ARTS MUSIC INTERNATIONAL GmbH and
6  NAXOS OF AMERICA, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  JAZZ CASUAL PRODUCTIONS, INC.,        ) Case No. CV11 0352 JCS
                                          )
13                    Plaintiff,          ) **STIPULATION AND [Proposed]**
                                          ) **ORDER CONTINUING SETTLEMENT**
14        vs.                             ) **CONFERENCE**
                                          )
15  TOBY BYRON, EAST STINSON, INC., dba   )
    TOBY BYRON MULTIPRISES, INC., EURO    )
16  ARTS MUSIC INTERNATIONAL GmbH,        )
    NAXOS OF AMERICA, INC.,               )
17                                        )
                      Defendants.         )
18  _____)

19

20      The parties, by and through their respective counsel, hereby stipulate with respect to the

21  following:

22      A.   This case was previously scheduled for Settlement Conference before Chief

23  Magistrate Judge Maria-Elena James on August 17, 2011;

24      B.   It was necessary for the Court to change the latter date, and the Conference was

25  rescheduled to August 26, 2011;

26      C.   The August 26, 2011 date is unavailable to counsel for Defendants and one of the

27  two Defendants; and

                                          1

---

Stipulation and [Proposed] Order
Continuing Settlement Conference                    USDC NDCal Case No.: CV11 0352 JCS

1        D.      All of the parties and counsel are available on November 4, 2011.

3        Now, therefore, in light of the foregoing, the parties hereby stipulate that the Settlement Conference, currently set for August 26, 2011, is hereby continued to November 4, 2011 at 10:00 A.M. All other orders set forth in the prior Notice and Order Rescheduling Settlement Conference remain unchanged.

8        IT IS SO STIPULATED.

10 Dated: August 12, 2011        ENTERTAINMENT LAW

                                           /s/
                                           Steven Aimes Brown,
                                    Attorney for Plaintiff JAZZ CASUAL PRODUCTIONS, INC.

16 Dated: August 12, 2011        LAW OFFICES OF LAWRENCE G. TOWNSEND

                                   By:   /s/
                                             Lawrence G. Townsend
                                   Attorneys For Defendant EURO ARTS MUSIC INTERNATIONAL GmbH and NAXOS OF AMERICA, INC.

23        IT IS SO ORDERED

25 Dated: August 16, 2011

                                     The Honorable Maria Elena James,
                                     Magistrate Judge of the U.S. District Court

                                     2