1 **STEVEN AMES BROWN**
Entertainment Law 83363
2 69 Grand View Avenue
San Francisco, California 94114-2741
3 415/647-7700 Tele
415/285-3048 Fax
4 sabrown@entertainmentlaw.com

5 Attorney for Plaintiff

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 JAZZ CASUAL PRODUCTIONS, INC.,

CIVIL NO. Cv. 11-00352 SBA (JCS)

13     Plaintiff,

14     v.

15 TOBY BYRON, *et al.*,

[~~PROPOSED~~] DEFAULT JUDGMENT BY COURT

16

17     Defendants.
_____/

18

19

20     IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

21     1. Defendant Toby Byron his officers, agents, servants, employees, and all

22 persons acting in concert or participation with him, or any of them, shall be

23 permanently enjoined from doing or attempting to do, or causing or be done, either

24 directly or indirectly, by any means, method or device, whether presently known or

25 hereafter to be devised, any and all of the following acts or practices: copying,

26 publishing, selling, marketing, exhibiting or otherwise publicly utilizing any of the

pictures, sounds or dialogue embodied in the words protected by Certificate of Copyright Registration PAU 1 367 359, PAU 1 367 394, PAU 1 367 395 and PAU 1 455 579.

    2.  Without limiting the foregoing, the above-noted persons are enjoined from the manufacture, exhibition or sale of any copies of the works known as *Count Basie: Swingin' The Blues*, *Bluesland: A Portrait in American Music*, or *The World According to John Coltrane*, so long as they contain any footage in violation of this injunction.

    3.  Plaintiff Jazz Casual Production, Inc. shall recover from Defendant Toby Byron, the sum of $102,000.00 as damages and costs of $530.00.

    4. Excluded from this injunction and the damages awarded herein, are any uses by Euro Arts Music International, GmbH and Naxos of America, Inc. ("Settling Parties"), as provided for in that certain *Mutual Release and Settlement Agreement* dated October 25, 2011, between Plaintiff and the Settling Parties.

Dated: 8/1/12

_____
United States District Judge