UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAZZ CASUAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOBY BYRON, EAST STINSON INC. dba TOBY BYRON MULTIPRISES, INC., EURO ARTS MUSIC INTERNATIONAL GmbH, NAXOS OF AMERICA, INC., <br><br> Defendants. | Case No: C 11-0352 SBA <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL** |

On July 25, 2012, the Court issued an order granting Plaintiff's motion for default judgment as to Toby Byron.  Dkt. 73.  As to remaining Defendant East Stinson Inc. ("East Stinson"), the Court granted Plaintiff's request for an additional thirty days to effect service on this Defendant.  See Fed. R. Civ. P. 4(m).  To date, Plaintiff has not filed any proof of service with the Court confirming that it effected service on East Stinson within the time-frame specified by the Court.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall show cause why this action should not be dismissed. By no later than October 26, 2012, Plaintiff shall file a memorandum, not to exceed five (5) pages, in response to this Order.  Failure to file a response by that date will result in the dismissal of the action.  The Court will take the matter under submission as of the date the response is due.

IT IS SO ORDERED.

Dated: October 18, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge