UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAZZ CASUAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOBY BYRON, EAST STINSON INC. dba TOBY BYRON MULTIPRISES, INC., EURO ARTS MUSIC INTERNATIONAL GmbH, NAXOS OF AMERICA, INC., <br><br> Defendants. | Case No: C 11-0352 SBA <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

In accordance with Plaintiff's response to the Court's Order to Show Cause, Dkt. 80,

IT IS HEREBY ORDERED THAT Plaintiff's claims against East Stinson, Inc., are dismissed without prejudice. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: November 2, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge